IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MBAMOH PEMAMBOH HILARY, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| V. | § | No. 3:26-cv-1256-M |
| | § | |
| ROBERT CERNA, *Field Office Director of Enforcement and Removal Operations, Dallas Field Office, Immigration and Customs Enforcement*, et al., | § | |
| | § | |
| *Respondents*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 21st day of October, 2026.

Kasdin M. Mitchell
KASDIN M. MITCHELL
UNITED STATES DISTRICT JUDGE